# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA



FILED

FEB 18 2021

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____, DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | No. CR 21-021 R |
| -vs- | ) ) | |
| JAMIE SCOTT WILSON, ULYSSA MARIE FAHS, TAYLOR MCKALE THOMASON, MARY ELIZABETH SANCHEZ, and KADE LARUE RICE, | ) ) ) ) ) ) | Violation:   21 U.S.C. § 846 |
| Defendants. | ) | |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
(Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine)

From on or about November 12, 2020, and continuing thereafter through on or about November 16, 2020, in the Western District of Oklahoma and elsewhere,

------------------------------------- JAMIE SCOTT WILSON,
ULYSSA MARIE FAHS,
TAYLOR MCKALE THOMASON,
MARY ELIZABETH SANCHEZ, and
KADE LARUE RICE -------------------------------------

knowingly and intentionally conspired, combined, confederated, and agreed with others, both known and unknown to the Grand Jury, to interdependently possess with intent to distribute and to distribute 500 grams or more of a mixture or substance containing a

detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846, the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

TIMOTHY J. DOWNING
United States Attorney

MATTHEW P. ANDERSON
Assistant United States Attorney